UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MISAEL JAIME MARTINEZ
MARTINEZ (A-Number: 222-557-354),

Petitioner,

v.

TEDD HUDSON, Warden, Mesa Verde
Detention Center; J. DOE, Field Office
Director, U.S. Immigration and Customs
Enforcement (ICE) Los Angeles; DAVID
VENTURELLA, Acting Director, ICE;
MARKWAYNE MULLIN, Secretary,
United States Department of Homeland
Security; TODD BLANCHE, Acting
Attorney General of the United States;
DAREN K. MARGOLIN, Director,
Executive Office for Immigration Review,

Respondents.

No.  1:26-cv-04640-KES-SAB (HC)

ORDER ADOPTING IN PART FINDINGS
AND RECOMMENDATIONS AND
GRANTING PETITION FOR WRIT OF
HABEAS CORPUS

Docs. 1, 13

Petitioner is proceeding with counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering respondents to provide petitioner with a bond hearing.  Doc. 13.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the matter, the Court finds the findings and recommendations are supported by the record and proper analysis.  Respondents' position that petitioner is subject to mandatory

1

detention under 8 U.S.C. § 1225(b) was rejected by the Ninth Circuit in *Rodriguez Vazquez v. Bostock*, --- F.4th ---, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026), which held that 8 U.S.C. § 1226(a) applies to noncitizens in petitioner's circumstances.

The Court ORDERS:

1. The findings and recommendations issued on July 21, 2026, Doc. 13, are ADOPTED.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents are ORDERED to provide petitioner Misael Jaime Martinez Martinez (A-Number: 222-557-354) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within seven (7) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand.  Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney.  If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing.  The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond.  If respondents do not provide petitioner with a bond hearing within seven (7) days, then respondents must release him.

4. The Clerk is directed to serve Mesa Verde Detention Center with a copy of this Order.

5. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   August 7, 2026   

_____
UNITED STATES DISTRICT JUDGE

2